UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 0:26cr 520 |
| | ) | |
| | ) | |
| v. | ) | 18 U.S.C. § 611 |
| | ) | |
| | ) | |
| EKAM MONFUM | ) | |
| | ) | **INDICTMENT** |

BACKGROUND

At all times relevant to this Indictment:

1.     The Defendant, **EKAM MONFUM**, was not a United States citizen; he was a lawful permanent resident of the United States due to his status as the spouse of a United States citizen. The Defendant, **EKAM MONKUM**, first entered the U.S. through John F. Kennedy Airport on December 12, 2022.

2.     Despite not being a United States citizen, the Defendant, **EKAM MONFUM**, voted in the United States general election in Fall 2024.  Registration to vote for the defendant, **EKAM MONKUM**, was completed on August 20, 2024, through an online portal maintained by the South Carolina Election Commission. As a part of that registration process, the user must affirm that he is a citizen of the United States. That affirmation reads in part:

> I do solemnly swear (or affirm) that: . . . I am a citizen of the United States . . . I am a resident of the State of South Carolina, this country, and precinct. . . . Whoever shall willfully and knowingly swear or affirm falsely in taking an oath required by law, shall be guilty of perjury and, on conviction, incur the pains and penalties of the offense.

JUN 5 2026 PM 3:19
FILED - USDC GVILLE SC

1

THE GRAND JURY CHARGES:

## COUNT 1
*(Voting By Aliens)*

That on or about October 30, 2024, in York County, in the District of South Carolina, the

Defendant, **EKAM MONFUM**, an alien, knowing he was not a United States citizen, did

knowingly vote in an election held in part for the purpose of electing a candidate for the office of

President, Vice President, and Member of the House of Representatives:

In violation of Title 18, United States Code, Section 611(a).

A _____TRUE_____ BILL

_____
FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
John C. Potterfield, ID No. 6472
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3000
Email: john.potterfield@usdoj.gov

2