RECORD OF GRAND JURY BALLOT

C/R _0:26cr520_

UNITED STATES OF AMERICA v. EKAM MONFUM

(SEALED UNTIL FURTHER ORDER OF THE COURT)